UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1978 (MJD/JGL)

CLAUDIO R. GARCIA, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

VIRATEC THIN FILMS, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2002;

2. Plaintiffs shall disclose all expert witnesses, including reports, by July 1, 2002, and Defendant shall disclose all expert witnesses, including reports by August 1, 2002;

3. Motion for class action shall be filed by September 1, 2002.

DATED: January 16, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JAN 16 2002
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk