**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, and Georgina Tapia, on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION TO AMEND COMPLAINT**

**CLASS ACTION**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action is hereby amended as reflected in the attached First Amended Complaint. The parties further agree that Defendant will have twenty (20) days from the date of service to answer or move with respect to the First Amended Complaint.

DATED: February 7, 2002

DORSEY & WHITNEY LLP

David Trevor, #152997
Julie Meany, #256213
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 343-2175

DATED: 2/12/02

NICHOLS KASTER & ANDERSON

James H. Kaster, #53946
Michele R. Fisher, #303069
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

FEB 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing Stipulation to Amend Complaint entered into by the parties,

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached First Amended Complaint; and

2. That the Defendant shall have twenty (20) days from the date of service to answer or move with respect to the First Amended Complaint.

DATED: [handwritten date]

**BY THE COURT:**

[signature]

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**