UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, and Georgina Tapia, on behalf of themselves and other similarly situated past and present Hispanic Americans,

Plaintiffs,

v.

Viratec Thin Films, Inc.,

Defendant.

Civil File No. 01-1978MJD/JGL

**STIPULATED PROTECTIVE ORDER**

The parties, by and through their undersigned counsel, stipulate as follows:

1. Documents and information to be exchanged in this litigation involving sensitive claims and defenses and personal, private and proprietary information shall be deemed "Confidential Information" unless otherwise ordered by the Court. Documents or information may be designated as Confidential Information in the following ways:

(a) By stamping documents "Confidential" at the time they are produced;

(b) By stating on the record during a deposition that certain testimony given or exhibits used at the deposition are Confidential Information;

(c) By written notice to opposing counsel, describing with particularity the documents or information designated as Confidential Information; or

(d) By stipulation of the parties.

FILED FEB 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Documents and information designated as Confidential Information shall be treated as Confidential Information pursuant to this Protective Order unless and until the parties stipulate or the Court orders otherwise. Any party may move the Court for an Order challenging the designation of documents or information as Confidential Information.

2. Confidential Information shall not be given, shown, made available, communicated, or disclosed to anyone other than:

(a) The parties themselves, their attorneys of record in this action, legal assistants, and staff members working on the action;

(b) Independent consultants and experts retained by the parties to testify or otherwise assist in this action;

(c) A person called to testify either at trial or in deposition, either during the testimony or in preparation for testimony, provided the attorney has a good faith basis for disclosing the Confidential Information to the witness;

(d) Stenographic reporters engaged for depositions or other proceedings necessary to the conduct of the action;

(e) Such persons as the counsel of record shall mutually consent to in writing or on the record prior to the proposed disclosure;

(f) The Court and Court personnel; and

(g) Members of the Jury.

Before disclosing any Confidential Information to any person in categories (b) and (c), the disclosing attorney shall obtain from each person a signed acknowledgment in the form of Exhibit A (attached) stating that the person has read this Stipulation and Order and agrees to its terms and agrees to exercise of jurisdiction of this Court to enforce this

Order. The disclosing attorney shall maintain in his/her file the original of each signed acknowledgement.

3. Confidential Information shall be used solely for the preparation, trial, appeal, and/or settlement of this action, and shall not be communicated or used for any other purpose whatsoever.

4. Within sixty (60) days after the final termination of this action, including all appeals, all Confidential Information, all copies of such Confidential Information, and all excerpts, summaries, abstracts, or compilations therefrom, shall be returned to the party which produced the information. As an alternative to returning Confidential Information, a party may destroy all such materials and certify under oath that all Confidential Information has been destroyed.

5. Counsel for the undersigned parties hereby jointly apply to the Court for entry of an Order in accordance with the terms of this Stipulation.

6. The Order entered pursuant to the terms of this Stipulation shall be without prejudice to the rights of any party to seek modification of its provisions upon motion duly noticed and served.

7. The provisions of the Order entered pursuant to the terms of this Stipulation shall, absent written consent of the parties hereto, continue to be binding after the conclusion of these actions, and the Court shall retain jurisdiction for the purpose of ensuring compliance with the Order and granting such other and further relief as may be necessary.

8. Nothing in this Stipulation is intended to limit the rights of any party possessing Confidential Information from any lawful source, other than through

production in this litigation, from using that information in any lawful manner including providing it to third parties. Nor does this Order limit the rights of any party from which Confidential Information has originated from using its own Confidential Information in any way such party sees fit.

9. This Stipulation shall be effective upon the signature of counsel for plaintiff and counsel for defendant.

Dated: 2/15, 2002

NICHOLS KASTER & ANDERSON, PLLP

By ______________________
James H. Kaster #53946
Michele R. Fisher, #303069
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

Attorneys for Plaintiffs

Dated: February 14, 2002

DORSEY & WHITNEY LLP

By ______________________
David Y. Trevor (#0152997)
Julie Meany (#256213)
Jennifer Dellmuth (0315291)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Viratec Thin Films, Inc.

**ORDER**

Based upon the foregoing Stipulated Protective Order, IT IS SO ORDERED.

Dated: Feb. 20, 2002

**BY THE COURT**

Judge Jonathan Lebedoff
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned hereby acknowledges that he or she has received a copy of the Stipulated Protective Order entered in Claudio R. Garcia, et al. v. Viratec Thin Films, Inc., Civil File No. 01-1978MJD/JGL, has read such Stipulated Protective Order, agrees to be bound by all of the terms thereof, and further agrees that the United States District Court, District of Minnesota, may exercise jurisdiction over him/her to enforce such Stipulated Protective Order.

Dated: ______________________

______________________________

Subscribed and sworn to before me

this ___ day of ____________, 2002.

______________________________

Notary Public