**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, and Georgina Tapia, on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION TO AMEND FIRST AMENDED COMPLAINT**

**CLASS ACTION**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action is hereby amended as reflected in the attached Second Amended Complaint. The parties further agree that Defendant will have ten (10) days from the date of service to answer or move with respect to the Second Amended Complaint.

DATED: February 26, 2002

DORSEY & WHITNEY LLP

Julie Meany

David Trevor, #152997
Julie Meany, #256213
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 343-2175

DATED: 2/26/02

NICHOLS KASTER & ANDERSON

[signature]

James H. Kaster, #53946
Michele R. Fisher, #303069
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

FILED FEB 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

Based on the foregoing Stipulation to Amend First Amended Complaint entered into by the parties,

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached Second Amended Complaint; and

2. That the Defendant shall have ten (10) days from the date of service to answer or move with respect to the Second Amended Complaint.

DATED: Feb 27 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**