UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, and Georgina Tapia, on behalf of themselves and other similarly situated past and present Hispanic Americans,

Plaintiffs,

v.

Viratec Thin Films, Inc.,

Defendant.

Civil File No. 01-1978MJD/JGL

**STIPULATION TO AMEND SECOND AMENDED COMPLAINT**

**CLASS ACTION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, as follows:

1. Plaintiffs seek leave to amend the Complaint in the present action as reflected in the attached Third Amended Complaint, and Defendant Viratec Thin Films, Inc. ("Viratec") does not oppose this request.

2. The parties acknowledge that the deadline in the Court's Pre-Trial Order of January 16, 2002 for motions to amend pleadings was March 1, 2002, and that this deadline has passed.

3. Defendant Viratec agrees that, on this occasion only, it will not oppose the request to amend based on the passing of the Court's deadline. However, the parties

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

stipulate that Viratec is not waiving any right to object to future proposed amendments, if any, on the basis of untimeliness or on any other grounds.

4. The parties further agree that, if the Court allows the proposed amendment, Defendant will have ten (10) days from the date of service to answer or move with respect to the Third Amended Complaint.

Dated: March 26, 2002

DORSEY & WHITNEY LLP

David Trevor (#152997)
Julie Meany (#256213)
Attorneys for Defendant
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Dated: March 28, 2002

NICHOLS KASTER & ANDERSON

James H. Kaster (#53946)
Diane M. Odeen (#284142)
Attorneys for Plaintiff
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ORDER**

Based on the foregoing Stipulation to Amend Second Amended Complaint entered into by the parties:

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached Third Amended Complaint; and

2. That the Defendant shall have ten (10) days from the date of service to answer or move with respect to the Third Amended Complaint.

Dated: March 29, 2002

**BY THE COURT:**

Judge Jonathan Lebedoff
United States Magistrate Judge