**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, Edgardo Molina, Jose Corpus, and Pedro Limon, on behalf of themselves and other individuals similarly situated,

Civil No. 01-1978 MJD/JGL

Plaintiffs,

v.

**STIPULATION AND ORDER**

Viratec Thin Films, Inc.

**CLASS ACTION**

Defendant.

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

2. Plaintiffs shall disclose all expert witnesses, including reports, by July 15, 2002, and Defendant shall disclose all expert witnesses, including reports by August 15, 2002.

The undersigned further stipulate that the scheduling order for the above entitled action be amended as follows if Planitiffs' Motion to Amend the Complaint is granted.

3. Motion for class action shall be filed by Plaintiffs by November 1, 2002.
4. Defendant's reply shall be due by December 1, 2002.
5. Plaintiffs' response shall be due by December 15, 2002.

If Plaintiffs' Motion to Amend the Complaint is denied, the undersigned stipulate that the scheduling order for the above entitled action be amended as follows:

3. Motion for class action shall be filed by Plaintiffs by October 1, 2002.
4. Defendant's reply shall be due by November 1, 2002.
5. Plaintiffs' response shall be due by November 15, 2002

FILED 7-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

DATED: July 19, 2002

DORSEY & WHITNEY LLP

David Trevor, #152997
Julie Meany, #256213
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 343-2175

DATED: 28 June 2002

NICHOLS KASTER & ANDERSON

James H. Kaster, #53946
Diane M. Odeen, #284142
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ORDER**

**IT IS SO ORDERED.**

DATED: July 22, 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**