**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**ORDER REGARDING DISMISSAL OF PEDRO LIMON AND EXPERT DEADLINES CLASS ACTION**

Based upon the stipulation between the parties in this matter it is hereby ordered that:

(1) Plaintiff Pedro Limon shall be dismissed with prejudice from the above action as his claims are not within the applicable statute of limitations and that the above caption shall be used henceforth; and

(2) the Pretrial Scheduling Order in the above entitled action be amended so that Defendant shall disclose all expert witnesses, including reports, by September 20, 2002.

**IT IS SO ORDERED.**

DATED: August 26, 2002

**BY THE COURT:**

Michael J. D

**Judge Michael J. Davis**

FILED 8-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION AND ORDER REGARDING DISMISSAL OF PEDRO LIMON AND EXPERT DEADLINES**

**CLASS ACTION**

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that Plaintiff Pedro Limon shall be dismissed with prejudice from the above action as his claims are not within the applicable statute of limitations. It is further stipulated that the above caption shall be used henceforth.

In addition, it is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Defendant shall disclose all expert witnesses, including reports by September 20, 2002.

DATED: 8.14.02

**DORSEY & WHITNEY LLP**

David Trevor (#152997)
Judith Williams-Killackey (#280227)
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 343-2175

DATED: 8-16-02

**NICHOLS KASTER & ANDERSON**

James H. Kaster (#53946)
Diane M. Odeen (#284142)
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919