**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION AND ORDER REGARDING EXPERT DEADLINES AND DEADLINE FOR FILING CLASS CERTIFICATION MOTION**

**CLASS ACTION**

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

1. Defendant shall disclose all expert witnesses, including reports, by October 4, 2002.

2. Motion for class certification shall be filed by Plaintiffs by October 15, 2002.

3. Defendant's response shall be due by November 15, 2002.

4. Plaintiffs' reply shall be due by December 2, 2002.

FILED 9-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: September 13, 2002

**DORSEY & WHITNEY LLP**

Julie Meany

David Trevor (#152997)
Julie Meany (#256213)
Judith Williams-Killackey (#280227)
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 340-2600

DATED: 9/16/02

**NICHOLS KASTER & ANDERSON**

Diane M. Odeen

~~James~~ H. Kaster (#53946)
Diane M. Odeen (#284142)
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

## ORDER

**IT IS SO ORDERED.**

DATED: Sept. 17, 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**