UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.,

Defendant.

Civil File No. 01-1978 MJD/JGL

**ORDER**

This matter came on for hearing before Magistrate Judge Jonathan Lebedoff on October 1, 2002, at 9:00 a.m. on Defendant Viratec's Motion for Protective Order and Plaintiffs' Motion to Compel.

Based upon argument and representations made at that hearing it is **HEREBY ORDERED:**

The following individuals shall be deposed by Plaintiffs:

Jeff Gieseke

Robert Tuthill

Pat Cole

Joe Chavez

FILED OCT 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Nate Soukup

Sherry Beckjorden

Diane Hollingsworth

Brandon Litsheim

Lenny Schweisthal

Tony Ell

Matt Clark

The parties will use their best professional, conscientious efforts to limit the length of these depositions to thirty minutes each. The depositions will occur on a date and at a location to be promptly scheduled and agreed-upon by the parties.

Dated: 10/2/02

BY THE COURT:

Judge Jonathan Lebedoff
United States Magistrate Judge