**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina on behalf of themselves and other past and present employees similarly situated,

Civil No. 01-1978 MJD/JGL

Plaintiffs,

v.

**ADDENDUM TO PROTECTIVE ORDER**

Viratec Thin Films, Inc.

Defendant.

---

The parties, by and through their undersigned counsel, stipulates as follows:

1. The parties agree that the documents produced by the Work Connection in response to the subpoena served upon them are hereby "Confidential" per the terms of the Protective Order signed by Magistrate Jonathan Lebedoff on February 20, 2002.

DATED: 10/7/02

DORSEY & WHITNEY LLP

[signature]

David Trevor, #152997
Julie Meany, #256213
Judith Williams-Killackey #280227
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 343-2175

DATED: 10/3/02

NICHOLS KASTER & ANDERSON

[signature]

James H. Kaster, #53946
Diane M. Odeen, #284142
Attorneys for Plaintiffs
4644 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

FILED OCT 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**IT IS SO ORDERED.**

DATED: Oct. 7, 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**