**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO CONSOLIDATE**

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

1. Plaintiffs' memorandum of law in support of their motion to consolidate shall be served and filed by November 26, 2002.

2. Defendant's response shall be served and filed by December 26, 2002.

DATED: 11.5.02

**DORSEY & WHITNEY LLP**

David Trevor (#152997)
Judith Williams-Killackey (#280227)
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 340-2600

DATED: 11/6/02

**NICHOLS KASTER & ANDERSON**

James H. Kaster (#53946)
Diane M. Odeen (#284142)
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

FILED 11-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

**IT IS SO ORDERED.**

DATED: Nov. 6, 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**