**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina, on behalf of themselves and other individuals similarly situated,

Plaintiffs,

v.

Viratec Thin Films, Inc.

Defendant.

Civil No. 01-1978 MJD/JGL

**STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS' FILING CLASS CERTIFICATION MOTION AND DEFENDANT'S MOTION TO SEVER**

**CLASS ACTION**

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

1. The briefing schedule for Plaintiffs' Motion for Class Certification shall be as follows:

   a. Plaintiffs' memorandum of law in support of its motion shall be served by November 15, 2002.

   b. Defendant's response shall be served by December 20, 2002.

   c. Plaintiffs' reply shall be served by January 7, 2002.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2 The briefing schedule for Defendant's Motion to Sever shall be as follows:

a. Defendant's memorandum of law in support of its motion shall be served by November 15, 2002.

b. Plaintiffs' response shall be served by December 20, 2002.

c. Defendant's reply shall be served by January 7, 2002.

DATED: 11.13.02

**DORSEY & WHITNEY LLP**

David Trevor (#152997)
Judith Williams-Killackey (#280227)
Attorneys for Defendant
Suite 1500
50 S. Sixth St.
Minneapolis, MN 55402
Telephone: (612) 340-2600

DATED: 11/14/02

**NICHOLS KASTER & ANDERSON**

James H. Kaster (#53946)
Diane M. Odeen (#284142)
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

## ORDER

**IT IS SO ORDERED.**

DATED: Nov. 14, 2002

**BY THE COURT:**

**Judge Jonathan Lebedoff**
**UNITED STATES MAGISTRATE JUDGE**