UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1978 (MJD/JGL)

GARCIA, et al.

Plaintiffs.

v. **NOTICE OF HEARING**

VIRATEC THIN FILMS,

Defendant.

---

Civil No.: 02-2909 (MJD/JGL)

GARCIA, et al.,

Plaintiffs.

v. **NOTICE OF HEARING**

VIRATEC THIN FILMS, INC.,

Defendant.

---

Due to conflicts in the Court's calendar, the motions hearing for the above captioned cases has been rescheduled to June 30, 2003, at 9:30 a.m.

Dated: May 5, 03

DebraCHLong
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED 5-6-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK