UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria Veronica Garcia, Ana Tapia Olivo, Trinidad Gonzalez, Claudio R. Garcia, Cynthia Gonzalez, Hermelinda Gonzalez, Jorge A. Gonzalez, Raquel Pineda, Georgina Tapia, and Edgardo Molina on behalf of themselves and other similarly situated past and present Hispanic Americans,

Plaintiffs,

v.

Viratec Thin Films, Inc.,

Defendant.

Civil File No. 01-1978 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

**CLASS ACTION**

**ORDER**

Based on the foregoing Stipulation to Dismiss entered into by the parties:

**IT IS HEREBY ORDERED:**

1. The settlement of the above-captioned action is approved, and this matter is hereby dismissed with prejudice as to all individual claims, but without prejudice as to all class claims.

2. No settlement approval hearing shall be required.

3. No notice need be provided to any putative class members.

4. Except as provided in the Release and Settlement Agreement, no costs, disbursements or attorneys fees shall be awarded to any party.

OCT 24 2003
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10-23-03

**BY THE COURT:**

The Honorable Michael Davis
United States District Court Judge

Maria Garcia, et al. v. Viratec Thin Films, Inc., Civil No.: 01-1978 (MJD/JGL)